CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

2016 MAY 26  AM II: 53

DEPUTY CLERK_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:15-CR-00092-O-BL-1** |
| | § | |
| | § | |
| **SHAQUITA BRIZHAY SNEED** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**SHAQUITA BRIZHAY SNEED,** by consent, under authority of United States v. Dees,

125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has

entered a plea of guilty to the Indictment. After cautioning and examining **SHAQUITA**

**BRIZHAY SNEED,** under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are

supported by an independent basis in fact containing each of the essential elements of such

offense. I therefore recommend that the plea of guilty be accepted and that **SHAQUITA**

**BRIZHAY SNEED,** be adjudged guilty and have sentence imposed accordingly.

Date: May 26, 2016.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).